UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRECIOUS BANKHOLE

    v.                                      Civil No.  3:02CV702(EBB)

IMMIGRATION AND NATURALIZATION
SERVICE

## **JUDGMENT**

This matter came on for consideration on a Mandate from the United States Court of Appeals before the Honorable Ellen Bree Burns, Senior United States District Judge.

On August 12, 2002, a Judgment entered after a Ruling on Petition for Habeas Corpus denied the petition.  A Notice of Appeal was filed, and on September 9, 2003, a Mandate issued vacating the judgment of the District Court and remanding the case on the basis of intervening case law.  On December 5, 2003, a Ruling on Remand of Petition for Habeas Corpus entered, denying the petition under the analysis of Beharry v. Reno.

It is therefore ORDERED and ADJUDGED that the petitioner's Writ of Habeas Corpus is denied and the case is closed.

Dated at New Haven, Connecticut, this 12th day of December, 2003.

                                                    KEVIN F.  ROWE, CLERK
                                                   By

                                                    /s/
                                                   Melissa Ruocco
                                                   Deputy Clerk

EOD: _____