UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO. 3:02-CV-702 (EBB)

| | |
|---|---|
| PRECIOUS BANKOLE,<br>   Petitioner<br><br>v.<br><br>IMMIGRATION AND NATURALIZATION<br>SERVICE, et al.<br>   Respondents | **PETITIONER'S<br>NOTICE OF APPEAL** |

  Notice is hereby given that Petitioner, Precious Bankole, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Ruling on Remand of Petition For Habeas Corpus entered in this action on the 5th day of December, 2003.

        Precious Bankole,
        Petitioner,
        By her attorney,

Dated: 2/8/04

        _____
        Jeffrey B. Rubin, Esq.
        BBO#: 640964
        Law Offices of Jeffrey B. Rubin, P.C.
        175 Federal Street
        Suite 509
        Boston, MA 02110
        (617) 367-0077

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Precious Bankole
_____

           v.                CIVIL CASE NO.   3:02-CV-702 (EBB)

Immigration & Naturalization
Service, et al.
_____

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Precious Bankole__ hereby gives notice and
                                         (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

Ruling on Remand of Petition For Habeas Corpus
_____

_____


2. The Judgment /Order in this action was entered on  December 5th, 2003
                                                           (date)

                                     _____
                                              Signature

                                     Jeffrey B. Rubin
                                     _____
                                              Print Name
                                     Law Offices of Jeffrey B. Rubin
                                     _____

                                     175 Federal Street, Suite 509
                                     _____
                                              Address
                                     Boston, MA 02110
Date: 02/08/2004                     (617)367-0077
                                     _____
                                          Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRECIOUS BANKHOLE

v.   Civil No. 3:02CV702(EBB)

IMMIGRATION AND NATURALIZATION
SERVICE

## JUDGMENT

This matter came on for consideration on a Mandate from the United States Court of Appeals before the Honorable Ellen Bree Burns, Senior United States District Judge.

On August 12, 2002, a Judgment entered after a Ruling on Petition for Habeas Corpus denied the petition. A Notice of Appeal was filed, and on September 9, 2003, a Mandate issued vacating the judgment of the District Court and remanding the case on the basis of intervening case law. On December 5, 2003, a Ruling on Remand of Petition for Habeas Corpus entered, denying the petition under the analysis of Beharry v. Reno.

It is therefore ORDERED and ADJUDGED that the petitioner's Writ of Habeas Corpus is denied and the case is closed.

Dated at New Haven, Connecticut, this 12th day of December, 2003.

KEVIN F. ROWE, CLERK
By

Melissa Ruocco
Deputy Clerk

EOD: 12/15/03

1