UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NO. 3:02-CV-702 (EBB)

| | |
|---|---|
| PRECIOUS BANKOLE,<br>        Petitioner<br><br>v.<br><br>IMMIGRATION AND NATURALIZATION<br>SERVICE, et al.<br>        Respondents | PETITIONER'S<br>MOTION FOR STAY OF<br>EXECUTION OF<br>REMOVAL |

Petitioner, Precious Bankole (hereinafter, Petitioner), through undersigned counsel, respectfully moves for an emergency order staying her removal, pending final disposition of Petitioner's appeal to the United States Court of Appeals for the Second Circuit from the District Court's December 5, 2003 Ruling on Remand of Petition For Habeas Corpus. (See attached Exhibit A: Petitioner's Notice of Appeal).

In support of the instant motion, Petitioner states that her appeal of the District Court's December 5, 2003 decision is non-frivolous. See Biancada v. Turnage, 883 F.2d 836 (9th Cir. 1989)(where a stay is sought to permit petitioner to seek judicial review of a claim that is non-frivolous, the stay should be granted); See, also, Anderson v. McElroy, 953 F.2d 803 (2nd Cir. 1992)(Board of