# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

DATE: __February 11, 2004__        TO:   Intake Clerk

FROM:  S.A. Brown

**CASE TITLE:**            **PRECIOUS BANKOLE -v- INS**

**DOCKET NO.:**            __3:02cv702   EBB__

**NOTICE OF APPEAL:**      filed: __February 3, 2004__

**APPEAL FROM:**           final judgment: __12/12/03 Judgment and 12/5/03 Ruling__

                           interlocutory: __

                           other: __

**DOCKET SHEET:**          Attorney, updated address & phone number for each party __Y__

                           All parties are listed on Docket Sheet
                           (Including Third Parties) __Y__

                           All docket entries and dates are included __Y__

**FEE STATUS:**            Paid __✓__     Due _____     N/A _____

                           IFP revoked _____     Application Attached _____

                           IFP pending before district judge __No__

**COUNSEL:**               CJA _____     Retained __✓__     Pro Se _____

**TIME STATUS:**           Timely __✓__     Out of Time _____

**MOTION FOR
EXTENSION OF TIME:**       Granted _____     Denied _____

**COA:**                   Granted _____     Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Tdader_     DATE: __02/18/04__
DEPUTY CLERK, USCA

Case 3:02-cv-00702-EBB   Document 27   Filed 02/25/2004   Page 1 of 1