UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

Date:                        3/5/04
Docket Number:               04-0832-pr
Short Title:                 Bankole v. INS
DC Docket Number:            02-cv-702
DC:                          DISTRICT OF CONNECTICUT (NE
DC Judge:                    Honorable Ellen Burns

*[FILED stamp: MAR 10 1 50 PM '04 U.S. DISTRICT COURT NEW HAVEN, CONN.]*

ROA REQUEST

Dear Melissa:

You are hereby directed by this Court to cause the certified district court record in the above entitled action to be transmitted to this office no later than March 25, 2003.

Please Sign and print your name below:

(Your Signature) _Joanne Pesta_

(Print Your Name) _J. Pesta_

Very truly yours,
Roseann B. MacKechnie, Clerk
By: _[signature]_
Richard E. Alcantara
Deputy Clerk