INS, CLOSED, APPEAL

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:02-cv-00702-EBB
Internal Use Only

FILED
'03 25 '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Bankole v. INS, et al
Assigned to: Ellen Bree Burns
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 04/19/02
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 04/19/2002 | 1 | PETITION for writ of habeas corpus & Motion for Stay of Deportation (Part 1 of 2) (D'Onofrio, B.) Modified on 04/19/2002 (Entered: 04/19/2002) |
| 04/19/2002 | 1 | Petition for Writ of Habeas Corpus & MOTION by Precious Bankole to Stay Deportation (Part 2 of 2) (D'Onofrio, B.) Modified on 04/19/2002 (Entered: 04/19/2002) |
| 05/01/2002 | 2 | MOTION by Precious Bankole to Proceed in Forma Pauperis (Sherman, M.) (Entered: 05/02/2002) |
| 05/01/2002 |  | ENDORSEMENT granting [2-1] motion to Proceed in Forma Pauperis ( signed by Senior Judge Ellen Bree Burns ) (Sherman, M.) (Entered: 05/02/2002) |
| 05/21/2002 | 3 | APPEARANCE of Attorney for INS -- James K. Filan Jr. (Ferguson, L.) (Entered: 05/22/2002) |
| 06/27/2002 | 4 | ORDER TO SHOW CAUSE issued Re: why a writ of habeas corpus should not issue ( signed by Senior Judge Ellen Bree Burns ) (Sherman, M.) (Entered: 06/28/2002) |
| 07/26/2002 | 5 | Response by INS to [4-1] order (Brown, S.) (Entered: 07/26/2002) |
| 07/26/2002 | 6 | MOTION by Precious Bankole for Appointment of Counsel (Brown, S.) (Entered: 07/26/2002) |