United States District Court

District of Connecticut

Precious Bankole

    v.

Dist. Ct. Civil Docket No.: 3:02-CV-00702-EBB

FILED
APR 12  2 17 PM '04
DISTRICT COURT
NEW HAVEN, CONN

Immigration and Naturalization Service, et al.

USCA Docket No.: 04-0832

## INDEX TO THE RECORD ON APPEAL

| Document No. | Document Name | Dist. Ct. Document No. |
|---|---|---|
| 1. | Certified copy of District Court Docket Sheet | n/a |
| 2. | Petition for writ of habeas corpus and Motion for Stay of Deportation (D'Onofrio, B.) (Filing Date 04/19/02 entered 04/19/02) | 1 |
| 3. | Motion by Precious Bankole to Proceed in Forma Pauperis (Filing Date 05/01/02 entered 05/02/02) | 2 |
| 4. | Judgment for INS, Pam Richards, John A. Danaher III against Precious Bankole (signed by clerk) (Delpino, F.) (Filing Date 08/12/02 entered 08/12/02) | 8 |
| 5. | Motion by Precious Bankole to Extend Time to file Notice of Appeal (Brown, S.) (Filing Date 09/06/02 entered 09/11/02) | 9 |
| 6. | Notice of Appeal of 08/12/02 judgment order by Precious Bankole (Brown, S.) (Filing Date 09/06/02 entered 09/17/02) | 10 |
| 7. | Motion by Precious Bankole for Injunctive Relief in the form of Release From Detention (Brown, S.) (Filing Date 06/10/03 entered 06/10/03) | 12 |

| | | |
|---|---|---|
| 8. | Order: Due by July 11, 2003 briefs on four issues raised in remand (signed by Senior Judge Ellen Bree Burns) (Brown, S.) (Filing Date 06/12/03 entered 06/12/03) | 13 |
| 9. | Motion by Precious Bankole for injunctive relief of release from detention (Falcone, K.) (Filing Date 06/13/03 entered 06/13/03) | 15 |
| 10. | Motion by Precious Bankole for Jeffrey B. Rubin to Appear Pro Hac Vice (Brown, S.) (Filing Date 06/20/03 entered 06/20/03) | 16 |
| 11. | Appearance of Attorney for Precious Bankole – Jeffrey B. Rubin (Brown, S.) (Filing Date 07/01/03 entered 07/01/03) | 17 |
| 12. | Motion by INS to Extend Time until 09/04/03 to respond to Court's 06/12/03 Order (Falcone, K.) (Filing Date 07/09/03 entered 07/10/03) | 18 |
| 13. | Motion by INS to Extend Time to 09/11/03 to respond to 06/12/03 order (Brown, S.) (Filing Date 09/04/03 entered 09/05/03) | 19 |
| 14. | Response by INS [13-1] show cause order (Brown, S.) (Filing Date 09/11/03 entered 09/11/03) | 20 |
| 15. | Mandate of USCA (certified copy) dated 06/05/03 vacating and remanding [8-1] judgment order (Roseann B. MacKechnie)(Brown, S.) (Filing Date entered 09/25/03) | 21 |
| 16. | Ruling on Remand denying [1] Petition | <u>22</u> |

|     | for Writ of Habeas Corpus<br>Signed by Judge Ellen Bree Burns on<br>12/05/03 (Brown, S.)<br>(Filing Date 12/05/03 entered 12/08/03) |    |
|-----|-----|-----|
| 17. | Judgment; Petitioners Writ of Habeas Corpus is denied.  Signed by Clerk on 12/12/03 (Falcone, K.)<br>(Filing Date 12/12/03 entered 12//15/03) | 23 |
| 18. | Motion to Stay Execution of Removal Re; 23 Judgment by Precious Bankole (Brown, S.)<br>(Filing Date 02/03/03 entered 02/10/04) | 24 |
| 19. | Notice of Appeal as to 22 Ruling denying Writ of Habeas by Precious Bankole. (Brown, S.)<br>(Filing Date 02/03/04 entered 02/10/04) | 25 |
| 20. | Endorsement Order granting 24 Motion to Stay Deportation pending appeal. Signed by Judge Ellen Bree Burns on 02/19/04. (Brown, S.)<br>(Filing Date 02/19/04 entered 02/20/004) | 26 |

Respectfully Submitted,
Precious Bankole.
Appellant,
By her attorney,

_____
Jeffrey B. Rubin, BBO#640964
Law Offices of Jeffrey B. Rubin, P.C.
One Center Plaza, Suite 230
Boston, Massachusetts 02108
(617)367-0077

3

## CERTIFICATE OF SERVICE

I, Jeffrey B. Rubin, do hereby certify that a true and accurate copy of the within Index to the Record on Appeal has been delivered via first class certified mail to:

> United States Attorney's Office
> District of Connecticut
> 915 Lafayette Boulevard, Room 309
> Bridgeport, Connecticut 06604
> ATTN: James K. Filan, Esq.
>
> United States Court of Appeals
> For the Second Circuit
> Thurgood Marshall U.S. Court House
> 40 Foley Square
> New York, N.Y 1007

Dated this 5th day of April, 2004.

*/s/ Jeffrey B. Rubin*
Jeffrey B. Rubin, BBO#640964
Law Offices of Jeffrey B. Rubin, P.C.
One Center Plaza, Suite 230
Boston, MA 02108
(617) 367-0077