UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRECIOUS BANKOLE,<br>Petitioner, | : | CIV. NO. 3:02CV00702 (EBB) |
| | : | |
| v. | : | |
| | : | |
| IMMIGRATION & NATURALIZATION SERVICE,<br>Respondent. | :<br>:<br>: | DECEMBER 8, 2004 |

RESPONDENT'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Pursuant to Federal Rule of Appellate Procedure 10(e)(2)(B), the Immigration & Naturalization Service ("the Government" or "Respondent") respectfully submits this motion for leave to supplement the record with a certified copy of a document entitled "Comments on the National Drug Law Enforcement Agency (Amendment) Decree 1990 (I.E. Decree No. 33)." That document is attached hereto.

The record before the Court in this matter does not include a copy of this document, which was filed in United States v. Femi Johnson, Crim. No. 01CR103 (Kennelly, J.), a case in the United States District Court for the Northern District of Illinois. The Government seeks to make this certified document a permanent part of the district court and appellate court record because it is relevant to the status of Decree No. 33 in Nigeria.

WHEREFORE, the government respectfully requests that this motion to supplement the record be granted.

>Respectfully submitted,
>
>KEVIN J. O'CONNOR
>UNITED STATES ATTORNEY
>
>
>JAMES K. FILAN, JR.
>ASSISTANT U.S. ATTORNEY
>FEDERAL BAR No. ct15565
>915 LAFAYETTE BOULEVARD, ROOM 309
>BRIDGEPORT, CONNECTICUT 06604
>(203) 696-3000

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Jeffrey B. Ruben, Esq.
One Center Plaza, Suite 230
Boston, MA 02108

Dated at Bridgeport, Connecticut this 8th day of December, 2004.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY