UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRECIOUS BANKOLE,  :  CIV. NO. 3:02CV00702(EBB)
Petitioner,        :
                   :
v.                 :
                   :
IMMIGRATION & NATURALIZATION :
SERVICE,           :
Respondent.        :  DECEMBER 8, 2004

FILED
2004 DEC 10 A 9: 47
U.S. DISTRICT COURT
NEW HAVEN, CT

RESPONDENT'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Pursuant to Federal Rule of Appellate Procedure 10(e)(2)(B), the Immigration & Naturalization Service ("the Government" or "Respondent") respectfully submits this motion for leave to supplement the record with a certified copy of a document entitled "Comments on the National Drug Law Enforcement Agency (Amendment) Decree 1990 (I.E. Decree No. 33)." That document is attached hereto.

The record before the Court in this matter does not include a copy of this document, which was filed in <u>United States v. Femi Johnson</u>, Crim. No. 01CR103 (Kennelly, J.), a case in the United States District Court for the Northern District of Illinois. The Government seeks to make this certified document a permanent part of the district court and appellate court record because it is relevant to the status of Decree No. 33 in Nigeria.